

## COURT OF CRIMINAL APPEALS
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

**SHARON KELLER**
PRESIDING JUDGE

**LAWRENCE MEYERS**
**TOM PRICE**
**PAUL WOMACK**
**CHERYL JOHNSON**
**MIKE KEASLER**
**BARBARA P. HERVEY**
**CATHY COCHRAN**
**ELSA ALCALA**
JUDGES

**ABEL ACOSTA**
CLERK
(512) 463-1551

**SIAN SCHILHAB**
GENERAL COUNSEL
(512) 463-1600

FILED IN COURT OF APPEALS
12th Court of Appeals District

OCT 16 2014

TYLER TEXAS
CATHY S. LUSK, CLERK

October 15, 2014

Gena Bunn
110 W. Methvin
Longview, TX 75601
* DELIVERED VIA E-MAIL *

District Attorney Henderson County
R. Scott McKee
109 W. Corsicana st.
Athens, TX 75751
* DELIVERED VIA E-MAIL *

David A. Schulman
Attorney at Law
P.O. Box 783
Austin, TX 78767
* DELIVERED VIA E-MAIL *

12th Court Of Appeals Clerk
Cathy Lusk
1517 W. Front, Room 354
Tyler, TX 75701
* DELIVERED VIA E-MAIL *

Angela Moore
310 S. St. Mary's Street
Suite 1830
San Antonio, TX 78205
* DELIVERED VIA E-MAIL *

John Lathan Youngblood
130 E. Corsicana St.
Suite 300
Athens, TX 75751
* DELIVERED VIA E-MAIL *

Stacey Goldstein
State Prosecuting Attorney
P.O. Box 13046
Austin, TX 78711
* DELIVERED VIA E-MAIL *

District Clerk Henderson County
Becky Hanks
100 East Tyler, Suite 203
Athens, TX 75751
* DELIVERED VIA E-MAIL *

173rd District Court Presiding Judge
100 E. Tyler
Room 201
Athens, TX 75751

BOBBY D. MIMS
ATTORNEY AT LAW
P. O. BOX 1107
Tyler, TX 75710
* DELIVERED VIA E-MAIL *

**Re:** STATE OF TEXAS
**CCA No.** PD-1592-13
**Trial Court Case No.** A-18,245

**COA No.** 12-12-00092-CR

The court has issued an opinion on the above referenced cause number.

Sincerely,

Abel Acosta, Clerk



# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

NO. PD-1592-13

FILED IN COURT OF APPEALS
12th Court of Appeals District

OCT 16 2014

TYLER TEXAS
CATHY S. LUSK, CLERK

### THE STATE OF TEXAS

v.

### TERRY SHANNON BAKER, Appellee

## ON STATE'S PETITION FOR DISCRETIONARY REVIEW
## FROM THE TWELFTH COURT OF APPEALS
## HENDERSON COUNTY

PER CURIAM. KELLER, P.J., dissents.

### O P I N I O N

We granted the State Prosecuting Attorney's petition for discretionary review to consider the court of appeals' decision affirming the trial court's granting of Baker's motion to suppress.[1] Having examined the record and briefs, we conclude that our decision to grant review was improvident. We therefore dismiss the State's petition for discretionary review

---

[1] *See State v. Baker*, No. 12-12-00092-CR, 2013 WL 5657649 (Tex. App.—Tyler Oct. 16, 2013) (not designated for publication).

as improvidently granted.

DATE DELIVERED: October 15, 2014

DO NOT PUBLISH